**Opinion issued June 27, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-19-00713-CV

_____

## WILLIAM FORSSBERG, Appellant

## V.

## LISA HOWARD, Appellee

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-75176**

---

### MEMORANDUM OPINION

Appellant, William Forssberg, filed a notice of appeal from the trial court's

August 20, 2019 order in this suit to modify the parent-child relationship. On August

24, 2021, the appeal was abated, and the Court remanded the case to the trial court

to enter findings of fact and conclusions of law. The trial court clerk was directed

to prepare a supplemental clerk's record containing the ordered findings of fact and conclusions of law on or before September 14, 2021. Despite the Court's order, no supplemental clerk's record was filed.

However, on November 4, 2022, appellee, Lisa Howard, filed an "affidavit" with the Clerk of this Court representing that she had "received the full amount of outstanding child support and medical supported arrearages owed" by appellant and that the parties had entered "into a settlement agreement resolving all pending issues between the parties." We construe the affidavit as a motion to dismiss the appeal as moot.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). The motion does not include a certificate of conference stating that appellee conferred, or made a reasonable attempt to confer, with appellant regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court reinstates the appeal to the Court's active docket, grants the motion, and dismisses the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

2